IN THE SUPREME COURT OF TEXAS

 No. 04-0089

 IN RE WILLIAM O. HAMMOND, TEXAS ASSOCIATION OF BUSINESS AND TEXAS
 ASSOCIATION OF BUSINESS AND CHAMBERS OF COMMERCE POLITICAL ACTION COMMITTEE
 ("BACPAC")

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for temporary stay, filed January
27, 2004, is granted. The order dated January 14, 2004, in Cause No. GN-
204-226, styled James Sylvester v. Texas Association of Business, et al.,
in the 126th District Court of Travis County, Texas, is stayed pending
further order of this Court.

 Done at the City of Austin, this January 28, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk